# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRENNA THOMPSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No. 1:16-CV-3165-FVS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION TO GRANT STIPULATED ORDER FOR REMAND<br><br>ECF No. 14, 15, 17 |

**BEFORE THE COURT** is the Report and Recommendation issued by Magistrate Judge Mary K. Dimke on April 26, 2017, ECF No. 17, recommending the parties' Stipulated Motion to Remand, ECF No. 15, be granted. No objection was filed. After review, the court hereby adopts the Report and Recommendation in its entirety.

Accordingly, **IT IS ORDERED:**

1. The Report and Recommendation, **ECF No. 17,** to grant the parties' Stipulated Motion to Remand, **ECF No. 15**, is **ADOPTED in its entirety**.

ORDER ADOPTING REPORT AND RECOMMENDATION TO GRANT STIPULATED ORDER FOR REMAND - 1

2. Plaintiff's Motion for Summary Judgment, **ECF No. 14,** is **GRANTED.**

3. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order and forward copies to the parties. Judgment shall be entered for Plaintiff and the file shall be **CLOSED**.

DATED May 30, 2017.

*s/Fred Van Sickle*
Fred Van Sickle
Senior United States District Judge